UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

Renwick Haddow

Defendant.

-----------------------------------------------------------------x

19 CRIM 340

CONSENT TO PROCEED BEFORE
A UNITED STATES MAGISTRATE
JUDGE ON A FELONY PLEA ALLOCUTION

19 CR _____ (LJS)

Before:

U.S.M. J.

The undersigned defendant, advised by his or her undersigned attorney, consents to a United States Magistrate Judge presiding over the proceedings required by Rule 11, Fed, R. Crim. P., for me to enter a plea of guilty in my case, or to change my plea, if one has been previously made, from not guilty to guilty. I understand that if my plea is accepted, my sentencing will take place before the United States District Judge who is assigned, or who is to be assigned, to my case.

I understand that I have the absolute right to insist that all Rule 11 proceedings be conducted before an Article III Judge, and hereby represent and confirm to the Magistrate Judge that no threats or promises, or other improper inducements, have been made to cause me to consent to this procedure, and that I do so voluntarily.

IN WITNESS WHEREOF we have executed this consent this _____

day of _____, 2017 at New York, New York.

x_____   x_____
        Defendant                   Attorney for Defendant
                              Edward M. Little

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED          Accepted by: _____
DOC #: _____                          United States Magistrate Judge
DATE FILED: 5/8/19

May 8, 2019