UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :

    - v. -                            :

RENWICK HADDOW,                       :
   a/k/a "Jonathan Black,"

                Defendant.

- - - - - - - - - - - - - - - - - - x

**WAIVER OF INDICTMENT**

19 Cr. __ (LTS)

**19 CRIM 340**

    The above-named defendant, who is accused of violating Title 18, United States Code, Sections 1343, 1349, and 2, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Edward J. M. Little

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/19

Date:   New York, New York
       May 8, 2019

0202