USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-28-2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    -v-

RENWICK HADDOW,

             *Defendant.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 19 Cr. 340 (LTS)

[PROPOSED] ORDER

LAURA TAYLOR SWAIN, U.S.D.J.:

    WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on May 8, 2019;

    WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

    WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

    IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated: New York, New York
       May 28, 2019

SO ORDERED.

_____
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE