

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 7, 2019

**MEMO ENDORSED**

**VIA ECF**

Honorable Laura Taylor Swain
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 11/7/19

    Re:    **United States v. Renwick Haddow,**
                **19 Cr. 340 (LTS)**

Dear Judge Swain:

       The Government respectfully writes in advance of tomorrow's control date. The defendant's cooperation continues; at the very least, he is scheduled to testify at trial in United States v. Savraj Gata-Aura, 18 Cr. 759 (JSR) next month. We therefore request that a new control date be set for early 2020.

*The control date is adjourned to January 10, 2020, at 2:00pm. DE#29 resolved.*

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

SO ORDERED:

/s/ Laura Taylor Swain  11/7/19
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

By:    ___/s/___
       Martin S. Bell
       Assistant United States Attorney
       (212) 637-2463

cc:    Edward J.M. Little, Esq. (via e-mail)