U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza,
New York 10007

**MEMO ENDORSED**

January 3, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-6-2020

**BY ECF**
The Honorable Laura Taylor Swain
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street,
New York, New York 10007

Re:   United States v. Renwick Haddow, 19 Cr. 340 (LTS)

Dear Judge Swain:

The Government respectfully writes on behalf of the parties in advance of the January 10, 2020 control date. The defendant's cooperation with the Government continues, and is expected to continue for the next six months. Accordingly, the parties request that sentencing and all associated sentencing submissions and presentencing report deadlines continue to be adjourned. The parties propose to update the Court within 180 days as to whether sentencing should continue to be adjourned.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:   *[signature]*
Vladislav Vainberg / Martin Bell
Assistant United States Attorney
Tel. (212) 637-1029 / 2463

cc (by email): Edward J.M. Little, Esq.

The control date is adjourned to July 10, 2020, at 2:00pm.

SO ORDERED:

*[signature]* 1/6/20
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE