

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 13, 2020

<u>**Via E-mail**</u>

Honorable Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Renwick Haddow*,
                19 Cr. 340 (LTS)

Dear Judge Swain:

      The Government writes regarding the above captioned defendant, Renwick Haddow, a cooperating witness recently released on bail by Your Honor in light of the COVID-19 pandemic under conditions consented to by the Government. We write to inform the Court that we understand both of Haddow's parents to have signed his bond, and although we do not yet have scanned copies of that bond, we do have photographed signatures and have confirmed each of Haddow's parents' understanding of the bond orally. We believe that Haddow's parents are on pace to fulfill the remainder of the conditions by the appointed date.

                            Respectfully submitted,

                            GEOFFREY S. BERMAN
                            United States Attorney
                            Southern District of New York

          By:          /s/
                  Martin S. Bell
                  Assistant United States Attorney
                  (212) 637-2463

cc: Edward Little (via ECF)