

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office: +1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Edward J.M. Little
Senior Counsel
Direct Dial: +1 (212) 837-6400
Direct Fax: +1 (212) 299-6400
edward.little@hugheshubbard.com

May 29, 2020

VIA ECF

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Renwick Haddow*, 1-19-cr-00340

Dear Judge Swain:

We are writing to update the Court on the bail conditions for our client Renwick Haddow.

As explained below, we are requesting an additional two weeks to complete the necessary paperwork to finalize the filing of liens or "charges" under UK and Australian law on the homes of Mr. Haddow's parents who reside in those jurisdictions in order to secure his bail. Mr. Bell, the AUSA in charge of the case has kindly agreed to this necessary extension.

I have learned that while it will be possible to file liens for US bail purposes, it is not the usual procedure to secure bail in the UK and Australia so the parents have had to secure advice from solicitors there to prepare the necessary paperwork. In addition, Mr. Haddow's mother, Kathy Haddow, has had to make the necessary arrangements long distance for the filing of the lien in Australia, where Mr. Haddow's father, Ian Haddow, lives because he is elderly and not able to do this on his own, thus requiring correspondence back and forth with the solicitor retained in Australia. The arrangements are almost completed but we need an additional two weeks to coordinate the actual filing of the liens with the "Land Registries" there, and respectfully request the Court's approval of this extension.

I thank the Court in advance for consideration of this request.

Respectfully submitted,

/s/ Edward J.M. Little
Edward J.M. Little

cc:   Martin Bell, Esq.

96947185_1

The requested extension is granted.  DE# 40 resolved.
SO ORDERED.
5/29/2020
/s/ Laura Taylor Swain, USDJ