

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office:+1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Edward J.M. Little
Senior Counsel
Direct Dial: +1 (212) 837-6400
Direct Fax: +1 (212) 299-6400
edward.little@hugheshubbard.com

June 29, 2020

**VIA ECF**

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>United States v. Renwick Haddow</u>, 1-19-cr-00340

Dear Judge Swain:

    We are writing to update the Court further on filing the security for the bail bond for our client Renwick Haddow, which has been co-signed by his parents.

    Since I last wrote, Mr. Haddow's mother, Kathy Haddow, was successful in having a "charge" (U.K. parlance for a lien) placed on her home in England to secure his bail. However, it has proven more time-consuming to finalize the lien on his father Ian Haddow's home in Australia due to the fact that the procedure there is more complicated. Surprisingly Australian law differs from U.K. law.

    As explained to me by Liam MacAndrews, the Australian lawyer whom Mrs. Haddow has retained, it is not as easy to secure property for bail for a foreign case due to the fact that the courts in Australia handle bail themselves. However he has determined that it can be done for our case by drafting a mortgage in favor of the government and submitting that once it is executed along with an explanatory letter from the prosecutors. This procedure has caused some delay given the need to have document drafted and sent back and forth to Australia. Mail has been delayed due to the temporary cessation of air flights out of Australia. We do expect this to be completed by the end of July and ask the Court's indulgence for the extra time.

    We have kept the government informed of this situation.

                                      Respectfully yours,

                                      /s/

                                    Edward J.M. Little

cc:    Martin Bell, Esq.

97225462_1