UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                    No.  19 CR 340-LTS

RENWICK HADDOW,

       Defendant.

-------------------------------------------------------x

## ORDER

At the parties' request, the control date for Defendant's sentencing is

ADJOURNED to **October 23, 2020, at 2:00 p.m.**

       SO ORDERED.

Dated: New York, New York
       July 10, 2020

                                                                               /s/ Laura Taylor Swain
                                                                      LAURA TAYLOR SWAIN
                                                                      United States District Judge