

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 15, 2020

**VIA ECF**

Honorable Laura Taylor Swain
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    **United States v. Renwick Haddow,**
            **19 Cr. 340 (LTS)**

Dear Judge Swain:

    The Government respectfully writes in advance of next week's control date. The defendant's cooperation continues. We therefore request that a new control date be set for three months from now on a date convenient to the Court.

                                       Respectfully submitted,

                                       AUDREY STRAUSS
                                       Acting United States Attorney

                       By:     /s/
                                Martin S. Bell
                                Assistant United States Attorney
                                (212) 637-2463

cc:    Edward J.M. Little, Esq. (via e-mail)