

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 15, 2020

<u>VIA ECF</u>

Honorable Laura Taylor Swain
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007

# MEMO ENDORSED

      Re:    <u>United States</u> v. <u>Renwick Haddow</u>,
            19 Cr. 340 (LTS)

Dear Judge Swain:

      The Government respectfully writes in advance of next week's control date. The defendant's cooperation continues. We therefore request that a new control date be set for three months from now on a date convenient to the Court.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:    /s/
Martin S. Bell
Assistant United States Attorney
(212) 637-2463

The request is granted. The control date is adjourned to January 22, 2021, at 2:00 p.m. DE# 46 resolved.
SO ORDERED.
10/19/2020
/s/ Laura Taylor Swain, USDJ

    cc:    Edward J.M. Little, Esq. (via e-mail)