```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :   19 CR 340
     -against-                      :
                                    :   ORDER
Renwick Haddow                      :
                                    :
          Defendant                 :
                                    :
------------------------------------X
```

Laura Taylor Swain, Chief United States District Judge:

ORDERED that the defendant's bail be modified to curfew enforced by GPS monitoring, with the hours at the discretion of Pretrial Services.

Dated: New York, New York
       June  4 , 2021

                                        SO ORDERED


                                         /s/ Laura Taylor Swain
                                        Laura Taylor Swain
                                        Chief U.S. District Judge