

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza,*
*New York 10007*

October 4, 2021

**BY ECF**

The Honorable Laura Taylor Swain
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street,
New York, New York 10007

  Re: <u>United States</u> v. <u>Renwick Haddow</u>, 19 Cr. 340 (LTS)

Dear Judge Swain:

  The Government respectfully writes on behalf of the parties in advance of the October 22, 2021 control date. The defendant's cooperation with the Government continues, and is expected to continue for the next six months. Accordingly, the parties request that sentencing and all associated sentencing submissions and presentencing report deadlines continue to be adjourned, and for a new control date to be scheduled six months from now on a date convenient to the Court.

          Respectfully submitted,

          AUDREY STRAUSS
          United States Attorney

     By: _/s/ Vlad Vainberg_____
        Vladislav Vainberg
        Assistant United States Attorney
        Tel. (212) 637-1029

cc (by email): Edward J.M. Little, Esq.