

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza,*
*New York 10007*

October 4, 2021

**BY ECF**

**MEMO ENDORSED**

The Honorable Laura Taylor Swain
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street,
New York, New York 10007

    Re:    <u>United States</u> v. <u>Renwick Haddow</u>, 19 Cr. 340 (LTS)

Dear Judge Swain:

    The Government respectfully writes on behalf of the parties in advance of the October 22, 2021 control date. The defendant's cooperation with the Government continues, and is expected to continue for the next six months. Accordingly, the parties request that sentencing and all associated sentencing submissions and presentencing report deadlines continue to be adjourned, and for a new control date to be scheduled six months from now on a date convenient to the Court.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney

By: _____
    Vladislav Vainberg
    Assistant United States Attorney
    Tel. (212) 637-1029

cc (by email): Edward J.M. Little, Esq.

The requests are granted. The control date for sentencing is adjourned to April 8, 2022, at 3:00 p.m. DE#54 resolved.

SO ORDERED.
Dated: October 5, 2021
/s/ Laura Taylor Swain, Chief U.S.D.J.