Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office: +1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Edward J.M. Little
Senior Counsel
Direct Dial: +1 (212) 837-6400
Direct Fax: +1 (212) 299-6400
edward.little@hugheshubbard.com

**Hughes Hubbard & Reed**

December 23, 2022

**VIA ECF**

**MEMO ENDORSED**

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Renwick Haddow*, 1-19-cr-00340

Dear Judge Swain:

We respectfully submit this letter on behalf of our client Renwick Haddow to request two modifications to his release conditions.

Pursuant to this Court's order, Mr. Haddow was released on bail from the Queens Detention Facility in April of 2020. In the ensuing two-and-a-half years, Mr. Haddow has sought and obtained employment and met all reporting requirements pursuant to his supervision by the Pretrial Services Office. At this time, we request that Mr. Haddow's conditions be modified so that his nightly curfew is lifted and he is permitted to travel to the Northern and Western Districts of New York (his travel is currently limited to the Southern and Eastern Districts).

Mr. Haddow is currently working in the food and catering industry. These modifications would allow him to work on a more regular basis, thereby earning more money that can be used to restitute the victims of his charged conduct. His conduct since his release from the Queens Detention Facility also demonstrates that he will not take advantage of these proposed modifications. In addition, he will continue to wear and be tracked by the GPS ankle monitoring device he received in 2020.

We have conferred with Assistant United States Attorney General Vlad Vainberg and with Mr. Haddow's Pretrial Services supervisor, Officer Laura Gialanella, and they each consent to these proposed modifications.

We thank the Court in advance for consideration of this request.

Respectfully submitted,

/s/ Edward J.M. Little
Edward J.M. Little

cc: Vlad Vainberg, Esq.
Pretrial Services Officer Laura Gialanella (by email)

The requested modifications of pretrial supervision conditions are granted.  DE# 60 resolved.
SO ORDERED.
12/27/2022

Laura Taylor Swain, Chief USDJ