

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza,*
*New York 10007*

April 17, 2023

**BY ECF**
The Honorable Laura Taylor Swain
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street,
New York, New York 10007

    Re:    United States v. Renwick Haddow, 19 Cr. 340 (LTS)

Dear Judge Swain:

    The Government respectfully writes on behalf of the parties in advance of the April 28, 2023 control date set forth in the Court's Order dated September 29, 2022 (ECF No. 59). Since the Court's Order, on December 1, 2022, the Government announced the unsealing of an Indictment charging two additional co-conspirators, James Robinson and David Kennedy, under the docket *United States* v. *Robinson, et al*, 21 Cr. 344 (LAK) (S.D.N.Y.) These co-conspirators were arrested in Spain, and the Government is seeking their extradition to the United States. The Government's investigation remains ongoing, including through the above-captioned prosecution and the Government's continuing efforts to recover funds for victims domestically and abroad. The defendant's active cooperation is expected to continue for the next six months. Accordingly, the parties request that sentencing and all associated sentencing submissions and presentencing report deadlines continue to be adjourned, and for a new control date to be scheduled six months from now on a date convenient to the Court.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:    */s/ Vlad Vainberg*
    Vladislav Vainberg
    Assistant United States Attorney
    Tel. (212) 637-1029

cc (by ECF): Edward J.M. Little, Esq.
              John McGoey, Esq.