

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza,*
*New York 10007*

October 24, 2024

**BY ECF**

**MEMO ENDORSED**

The Honorable Laura Taylor Swain
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street,
New York, New York 10007

Re:   United States v. Renwick Haddow, 19 Cr. 340 (LTS)

Dear Judge Swain:

The Government respectfully writes on behalf of the parties to request that a sentencing date be scheduled for defendant Renwick Haddow for the week of April 21 or April 28, 2025, and that a presentence investigation report be ordered. Since the date of the last adjournment, both co-conspirators charged under the docket *United States* v. *Robinson, et al*, 21 Cr. 344 (LAK) (S.D.N.Y.) have been convicted and sentenced. Accordingly, the defendant's sentencing can be scheduled, with sufficient time to facilitate the defendant's ongoing cooperation in the Government's efforts to forfeit and recover assets in foreign jurisdictions.

The Government requests continued permission for the law firm of Hughes Hubbard & Reed LLP (the "Firm") to retain the defendant's passport, for the sole purpose of facilitating the defendant's execution and notarization of documents related to the disposition of property interests abroad—and not for any travel—until such time that the Government advises that this identity document can be returned to Pretrial Services. All other bail conditions, including electronic monitoring of the defendant, would remain unchanged.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   */s/ Vlad Vainberg*
Vladislav Vainberg
Assistant United States Attorney
Tel. (212) 637-1029

cc (by ECF): Edward J.M. Little, Esq.
John McGoey, Esq.

The foregoing requests are granted. Upon the application of the Government, with the consent of the defendant, the sentencing date for Renwick Haddow is hereby scheduled for **April 23, 2025 at 11AM**. Furthermore, the PSR shall be ordered, and Hughes Hubbard & Reed LLP may continue to retain possession of the defendant's passport. DE # 71 is resolved.
SO ORDERED.
10/25/2025
/s/ Laura Taylor Swain, Chief USDJ