UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
      UNITED STATES OF AMERICA

              -v.-

      RENWICK HADDOW,
         a/k/a "Jonathan Black,"

              Defendant.

------------------------------------- X

**FINAL ORDER OF FORFEITURE**

19 Cr. 340 (LTS)

      WHEREAS, on or about October 24, 2023, the Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 66), which ordered the forfeiture to the United States of all right, title and interest of RENWICK HADDOW, a/k/a "Jonathan Black," (the "Defendant") in the following property:

    a. Silver 2016 Aston Martin DB9 Volante, bearing Vehicle Identification Number SCFFDAFM1GGB17087 and New York License Plate Number HER5785;

    b. $154,411 in United States currency representing net sale proceeds of the Big Chief, a 120-Foot Motor Yacht, Hull ID 716298;

    c. £56,459.69 in Euros representing proceeds from the sale of one Ferrari California, T DD HELE S-A, black, vehicle registration number LF16 BFN; and

    d. £1,040,113.79 in Euros representing the proceeds of the sale of The Old Rectory, Church Road, Little Bromley, Manningtree, CO11 2PP, registered at HM Land Registry under title number EX802754

(a. through d., collectively, the "Specific Property");

      WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in

accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). The Preliminary Order of Forfeiture further stated that the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on November 10, 2023 for thirty (30) consecutive days, through December 9, 2023, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on September 8, 2025 (D.E. 78);

WHEREAS, on or about October 25, 2023, notice of the Preliminary Order of Forfeiture was sent by FedEx and electronic mail to:

    a. Emma Sayers, Joint Trustee in Bankruptcy, 85 Baker Street, London, United Kingdom, W1U 7EU and Emma.Sayers@bdo.co.uk (the "Noticed Party");

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed;

2

WHEREAS, the Defendant and the Noticed Party are the only person and/or entity known by the Government to have a potential interest the Specific Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3. The United States Marshals Service (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
     September 8, 2025

SO ORDERED:

/s/ Laura Taylor Swain

_____
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

3