

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Southern District of New York*
*26 Federal Plaza, 37th Floor*
*New York, NY 10278*

May 18, 2026

**BY ECF**

# MEMO ENDORSED

The Honorable Laura Taylor Swain
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street,
New York, New York 10007

     Re:    United States v. Renwick Haddow, 19 Cr. 340 (LTS)

Dear Judge Swain:

     The Government respectfully writes to request that the defendant's sentencing currently scheduled for June 10, 2026 be adjourned to July 2026, because the undersigned is participating in a trial during the month of June.  The parties understand that the Court is available on July 23, 2026, at 11:00 a.m., which also works for the parties.

The foregoing request for an adjournment is granted.
DE 96 is resolved.
SO ORDERED.
5/18/2026
/s/ Laura Taylor Swain, Chief USDJ

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:        /s/ _____
        Micah F. Fergenson
        Assistant United States Attorneys
        Tel. (212) 637-2190

cc (by ECF):   John McGoey, Esq.