# EXHIBIT G

Thomas Garcia

7315 Arverne Mews Dr

Arverne, NY 11692

TFMARTIALARTSRB@yahoo.com

718-877-7848

May 30, 2025

The Honorable Judge Laura Taylor Swain

New York Southern District Court

NYC, N.Y.

RE: Character Reference for Renwick Haddow- Sentencing Consideration

Dear Judge Swain,

My name is Thomas Garcia, and I am a retired detective with the New York City Police Department and owner of Tru Force Arts Rockaway Beach -Daniel Gracie Team. During my 20 years of service, I developed a strong sense of what constitutes genuine character and integrity in individuals from all walks of life. I write this letter with sincere respect and hope that it will offer a fuller picture of Renwick Haddow, who is both my friend and student in martial arts.

I have known Renwick for five years through our shared commitment to the practice of martial arts. Over time, he has become not only a dedicated student but someone I regard with genuine respect. His conduct has always been marked by humility, responsibility, and a willingness to better himself and support those around him. He often goes out of his way to help newer students feel welcome and safe, and he shares knowledge freely without ego.

What stands out most about Renwick is his integrity. In a setting that values discipline and honor, he has consistently shown both. He holds himself accountable, speaks honestly, and treats others with respect—qualities I do not attribute lightly, especially given my professional background.

I am fully aware of the seriousness of the charges before the Court. My purpose is not to diminish the gravity of the law, but rather to respectfully ask for a measure of leniency in Renwick's sentencing. I believe he has much to offer society, and I am confident he will use this experience as a turning point to rebuild and contribute meaningfully moving forward.

Thank you for your time and consideration.

Sincerely,

Thomas Garcia